1 LAURA KRANK
ATTORNEY AT LAW: 220208
2 LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
3 LONG BEACH, CA 90802
562/437-7006
4 FAX: 562/432-2935
Email: lekrank@hotmail.com

5 ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MICHAEL T. WHITE, | Case No.: CV 08-8389 RC |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of THREE THOUSAND DOLLARS ($3,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: March 30, 2010

__/S/ ROSALYN M. CHAPMAN_____
THE HONORABLE ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

-1-